UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| HELEN T. CHEEKS, and ) | Case No. 08-40438-659 |
| CURTIS LAMAR CHEEKS, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 13 |
| Debtors. ) | |
| ) | |
| ALLIANCE CREDIT UNION, ) | **Adversary No. 08-4031-659** |
| ) | |
| ) | PUBLISHED |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| CURTIS LAMAR CHEEKS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiff's Motion for Summary Judgment is GRANTED; and

The Judgment on this Complaint is entered in favor of Alliance Credit Union, Plaintiff, and against Curtis Cheeks, Defendant; and that the debt owed by Defendant to Plaintiff in the amount of $5,252.76 is NOT DISCHARGEABLE in this Bankruptcy Case pursuant to 11 U.S.C. § 523(a)(2)(A); and that this is a final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 9, 2008
St. Louis, Missouri

-2-

Copies to:

| | |
|---|---|
| Office of the United States Trustee<br>Thomas F. Eagleton U.S. Courthouse<br>111 South 10th Street, Suite 6.353<br>St. Louis, MO  63102 | Alliance Credit Union<br>575 Rudder Rd<br>Fenton, MO 63026 |
| Donna M. Sommars<br>Sommars & Associates, LLC<br>911 Washington Ave., Ste. 415<br>St. Louis, MO 63101 | Curtis and Helen Cheeks<br>6103 Huntsville Avenue<br>St. Louis, MO 63120 |
| Frank R. Ledbetter<br>Ledbetter Law Firm, LLC<br>2001 S. Big Bend Boulevard<br>St. Louis, MO 63117 | |